

# HPM&B
ATTORNEYS AT LAW

81 Main Street  White Plains, NY 10601-1713
Tel: 914-559-3100  Fax: 914-949-1160
WWW.HPMB.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-31-20

Alejandra R. Gil
Partner
agil@hpmb.com

January 30, 2020

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York  10007-1312

*Case remains stayed until 2/28/20 at which time the parties should submit a Rule 26(f) report to the Court.*
*So ordered. 1/30/20  [signature] / U.S.D.J.*

RE: Daniel Rice v. Raul Ramos, M.D., Ross MacDonald, M.D., and The City of New York
    Docket No.: 19 CV 6283
    HPM&B File No.: 611-3287

Dear Judge Koeltl:

Our law firm represents defendants, Raul Ramos, M.D., Ross MacDonald, M.D., and The City of New York in the above referenced Civil Rights lawsuit brought by plaintiff, Daniel Rice.

On January 14, 2020, we participated in a settlement conference before Magistrate Judge Barbara C. Moses.  The parties did not reach an agreement to settle, however, we have engaged in further discussions since the conference.

On November 12, 2019, the case was stayed pending the outcome of the settlement conference.  To date, the stay has not been lifted.  At this time, defendants request, on consent of plaintiff's *pro bono* counsel Susanne Keane, Esq., that the stay remain in place for an additional month so that we may continue our settlement discussions.

We thank Your Honor for your time and consideration of this request.

Copy mailed to pro se party(ies)
at docket address

Respectfully submitted,

[signature]
Alejandra R. Gil

ARG/bv

HEIDELL, PITTONI, MURPHY & BACH, LLP

NEW YORK | CONNECTICUT | WESTCHESTER | LONG ISLAND

2172994.1